STEVEN G. ZIEFF (SBN: 84222)
Email:sgz@rezlaw.com
JOHN T. MULLAN (SBN: 221149)
Email: jtm@rezlaw.com
WILLIAM P. McELHINNY (SBN: 296259)
Email: wpm@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA  94104
Telephone: (415) 434-9800
Facsimile:  (415) 434-0513

JEFFREY LEWIS (SBN:66587)
Email: jlewis@KellerRohrback.com
KELLER ROHRBACK, LLP
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Telephone: (510) 463-3900
Facsimile: (510) 463-3901

Attorneys for Plaintiff
DANIEL ERICKSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL ERICKSON,<br><br>            Plaintiff,<br><br>     vs.<br><br>TWENTY-FIRST CENTURY FOX, INC. SEVERANCE PLAN,<br><br>            Defendant. | Case No.  3:21-cv-07247-EMC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br><br>Complaint Filed:  September 17, 2021<br>Trial Date:  None Set |

## **STIPULATION**

It is hereby stipulated by and between Plaintiff Daniel Erickson ("Plaintiff") and Defendant Twenty-First Century Fox, Inc. Severance Plan, through their respective undersigned counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned action be and hereby is dismissed with prejudice, each side to bear its own fees and costs.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: April 13, 2022          KELLER ROHRBACK L.L.P.

By: */s/ Jeffrey Lewis*
   Jeffrey Lewis (SBN: 66587)
   jlewis@kellerrohrback.com

   Steven G. Zieff (SBN: 84222)
   sgz@rezlaw.com
   John T. Mullan (SBN: 221149)
   jtm@rezlaw.com
   William P. McElhinny (SBN: 296259)
   wpm@rezlaw.com
   RUDY, EXELROD, ZIEFF & LOWE, LLP
   ***Attorneys for Plaintiff Daniel Erickson***

DATED:  May 16, 2022           MITCHELL SILBERBERG & KNUPP LLP

By:  */s/ Seth E. Pierce*
   Seth E. Pierce (SBN 186576)
   sep@msk.com
   Corey Singer (SBN 300334)
   cgs@msk.com
   ***Attorneys for Defendant Twenty-First Century Fox, Inc. Severance Plan***

## **ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that this filing is jointly submitted with Plaintiff, and Plaintiff's counsel Steven G. Zieff has concurred in this filing's content and has authorized me to file this document.

              */s/ Seth E. Pierce*